UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MONICA TUTUWAA and DAVID CONDUAH,

           Plaintiffs,       NOTICE OF REMOVAL

    -against-                08 CIV. 6248

EAST TN LOGISTICS, LLC and JIM LAKE,

           Defendants.       **JUDGE KARAS**

------------------------------------------------------------x



**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK:**

This Notice of Removal by defendants for the removal of the above-captioned case from the Supreme Court of the State of New York, County of Bronx, to the United States District Court for the Southern District of New York, respectfully state the following:

    1.    On or about June 17, 2008, an action was allegedly commenced against the defendants in the Supreme Court of the State of New York, County of Bronx, entitled <u>Monica Tutuwaa and David Conduah v. East TN Logistics, LLC and Jim Lake</u>, by the filing of the above pleadings with the clerk of the court. A copy of the summons and complaint is annexed hereto as Exhibit "A" and constitutes all the process, pleadings and other orders served upon the defendants-petitioners in this action.

    2.    Plaintiffs' causes of action against defendants are civil in nature and the District Courts of the United States have been given original jurisdiction pursuant to 28 U.S.C. §1332(a)(1) in that the amount in controversy allegedly exceeds $75,000,

exclusive of interest and costs, and this action is between citizens of different states. Plaintiffs' complaint, which seeks relief for personal injuries and property damage, does not set forth a specific dollar amount for relief in an *ad damnum* clause. This is prohibited under CPLR §3017(c). However, based upon the injuries sustained, it is apparent that plaintiffs are seeking a sum in excess of $75,000.

3.   It is submitted that defendants may remove the state action to this Court since the Southern District embraces Bronx County, the jurisdiction where the action is pending, and such removal is permitted, pursuant to 28 U.S.C. §1441(a).

4.   As the complaint reflects, the lawsuit arises from a motor vehicle accident that occurred in Rye, New York. The police accident report is annexed hereto as Exhibit "B", and, along with summons, it shows that plaintiffs are residents of Bronx, New York, that defendant East TN Logistics, LLC resides and maintains its principal place of business in Madisonville, Tennessee, and that defendant Jim Lake resides in Athens, Tennessee. As such, diversity of citizenship exists in this action, as defined by 28 U.S.C. §1332(a)(1), and the amount in controversy allegedly exceeds $75,000.

5.   In accordance with Local Rule 81.1, plaintiffs reside at 1671 Bryant Avenue, Bronx, New York 10460. Defendant East TN Logistics, LLC resides at 250 Lands Road, Madisonville, Tennessee and defendant Jim Lake resides at 700 Sherwood Avenue, Athens. Tennessee.

6.   Since the initial pleadings in this action were served on or about June 17, 2008, this petition is timely within the meaning of 28 U.S.C. 1446(b).

7.   Promptly after filing this Notice of Removal, defendants shall give written notice of the removal to plaintiffs through their attorney of record in the state action

and to the clerk of the court of the state action, as required by 28 U.S.C. §1446(d).

This Notice of Removal is signed below pursuant to Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, defendants-petitioners pray that the above action now pending against them in the Supreme Court of the State of New York, Bronx County, be removed to the United States District Court for the Southern District of New York.

Dated: Syosset, New York
July 9, 2008

Respectfully Submitted,

Goldstein & Avrutine
Attorneys for Defendants

By: _____
Steven R. Goldstein (1850)
575 Underhill Boulevard
Suite 140
Syosset, New York 11791
(516) 677-9400

To:  James Newman, Esq.
     Attorney for Plaintiffs
     2815 Waterbury Avenue
     Bronx, New York 10461
     (718) 823-3122

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

------------------------------------------------X

MONICA TUTUWAA and DAVID CONDUAH,

           Plaintiff,

-against-

EAST TN LOGISTICS, LLC and JIM LAKE,

           Defendants.

------------------------------------------------X

Plaintiff designates Bronx County as the place of trial

The basis of venue is plaintiff's residence

SUMMONS 304449/08

Plaintiff's residence
1671 Bryant Avenue, 1B
Bronx, NY 10460

TO THE ABOVE-NAMED DEFENDANTS:

    YOU ARE HEREBY SUMMONED to answer the complaint in this Action and to serve a copy of your answer, or, if the complaint is not served with the Summons, to serve a Notice of Appearance, on the plaintiff's attorney within twenty days after the service of this Summons, exclusive of the day of service (or within thirty days after the service is complete if this Summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

DATED: Bronx, New York
           May 14, 2008

JAMES NEWMAN, ESQ.
Attorney for Plaintiff
2813 Waterbury Avenue
Bronx, NY 10461
(718) 823-3122

TO: JIM LAKE: 700 Sherwood Avenue
           Athens, TN 37303

EAST TN LOGISTICS: 250 Lands Road
           Madisonville, TN 37354

BRONX COUNTY
COUNTY CLERK
08 MAY 29 PM 12:41
RECEIVED

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
----------------------------------------------------------------X

MONICA TUTUWAA and DAVID CONDUAH,

                                                                           VERIFIED COMPLAINT
                               Plaintiffs,

      -against-

EAST TN LOGISTICS, LLC and JIM LAKE,

                               Defendants.

----------------------------------------------------------------X

       Plaintiffs, MONICA TUTUWAA and DAVID CONDUAH by their attorney JAMES NEWMAN, upon information and belief, complaining of the defendants alleges:

### FIRST CAUSE OF ACTION

1.    Upon information and belief, that at all times herein mentioned defendant, EAST TN LOGISTICS, LLC was a foreign corporation doing business in the State of New York.

2.    Upon information and belief, that at all times herein mentioned defendant, EAST TN LOGISTICS, LLC was the owner of a certain motor vehicle bearing plate number 50456HZ, Tennessee 2008.

3.    Upon information and belief, that at all times herein mentioned defendant, JIM LAKE was the operator of the aforementioned vehicle and operated same with the consent and permission of its owner.

4. Upon information and belief, that at all times herein mentioned, defendant, JIM LAKE was employed by defendant, EAST TN LOGISTICS, LLC and acted within the scope and authority of his employment and for the benefit of his employer.

5. That at all times herein mentioned, plaintiff, MONICA TUTUWAA was the operator of a certain motor vehicle bearing plate number DVZ 9473, New York 2008 and operated same with the consent and permission of its owner, plaintiff, DAVID CONDUAAH.

6. On March 13, 2008 at approximately 6:30 p.m. the aforesaid motor vehicles came into contact with each other on Interstate 95, Rye, New York.

7. The aforesaid accident resulted from the negligence of the defendants in failing to observe the rules of the road then and there prevailing and in failing to use due care and caution in the operation of their motor vehicle.

8. Solely as a result of the negligence of the defendants, plaintiff, MONICA TUTUWAA was personally injured and suffered serious injuries as defined in Paragraph d, Section 5102 of the Comprehensive Automobile Insurance Reparations Act and she also suffered basic economic loss as well as other economic loss and special damages and severe and significant personal injuries and was otherwise damaged, in an amount in excess of the limits of the Supreme Court.

9. The limitations on liability set forth in CPLR Section 1601 do not apply to this action.

10. The limitations on liability set forth in CPLR Section 1601 do not apply to this action by reason of one or more of the exemptions set forth

STATE OF NEW YORK )
                  )SS
COUNTY OF BRONX   )

M TotuWAA , being duly sworn, deposes and says:

I have read the foregoing  ComplAit  and know the contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters, I believe it to be true.

X _____

Sworn to before me this
14 day of MM  2007

_____
NOTARY PUBLIC

JAMES NEWMAN
NOTARY PUBLIC, State of New York
No. 4745409
Qualified in Suffolk County
Commission Expires Aug. 31, 2008

# POLICE ACCIDENT REPORT

**New York State Department of Motor Vehicles**
MV-104A (6/04) — DMV COPY

Page 1 of 1 Pages
Local Codes: SP1T87000924
32 532 068-340 783
32 532 068-310 783

## Accident Information
- Accident Date: Month 03, Day 13, Year 2008
- Day of Week: Thu
- Military Time: 18:34
- No. of Vehicles: 2
- No. Injured: 1
- No. Killed: 0
- Police Photos: No

## Vehicle 1 - Driver
- License ID Number: 088406753
- State of Lic.: TN
- Driver Name: LAKE, JIM K
- Address: 700 SHERWOOD AVE
- City: ATHENS, State: TN, Zip: 37303
- Date of Birth: 08/19/1969
- Sex: M
- No. of Occupants: 1
- Name on Registration: EAST TN LOGISTICS LLC
- Sex: C
- Address: 250 LANDS RD
- City: MADISONVILLE, State: TN, Zip: 37354
- Plate Number: 50456HZ
- State of Reg: TN
- Vehicle Year & Make: 1996 FRHT
- Vehicle Type: TRAC
- Ins. Code: 989

## Vehicle 2 - Driver
- License ID Number: 883442470
- State of Lic.: NY
- Driver Name: TUTUWAA, MONICA
- Address: 1671 BRYANT AVE 1B
- City: BRONX, State: NY, Zip: 10460
- Date of Birth: 08/25/1959
- Sex: F
- No. of Occupants: 1
- Name on Registration: CONDUAH, DAVID E
- Sex: M
- Address: 1671 BRYANT AVE 1B
- City: BRONX, State: NY, Zip: 10460
- Plate Number: DVZ9473
- State of Reg: NY
- Vehicle Year & Make: 1999 MAZD
- Vehicle Type: 4DSD
- Ins. Code: 639

## Vehicle 1 Damage Codes
- Box 1 - Point of Impact: 3
- Box 2 - Most Damage: 3
- Additional: 3, 4, 5

## Vehicle 2 Damage Codes
- Box 1 - Point of Impact: 9
- Box 2 - Most Damage: 2
- Additional: 3, 1, 14
- Vehicle Towed By: VINCENT'S To: VINCENT'S

Cost of repairs to any one vehicle will be more than $1000: Yes

## Accident Location
- Coordinates: Latitude/Northing 609125, Longitude/Easting 4536810
- County: WEST
- Town of: RYE, CITY OF
- Road on which accident occurred: I 95
- At intersecting street: MPM 12.4

## Accident Description/Officer's Notes
OP-V1 WAS TRAVELING SOUTHBOUND IN THE CENTER LANE ON I-95. OP-V2 WAS TRAVELING IN THE DRIVING LANE. OP-V2 MADE AN UNSAFE LANE CHANGE TO THE CENTER LANE, STRIKING V1. THE COLLISION PROPELLED V2 INTO THE MEDIAN BARRIER. NO THRUWAY PROPERTY DAMAGE TO REPORT.

## All Involved

| # | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | BY | TO 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 01 | 1 | 4 | 1 | 38 | M | - | - | - | | | | LAKE, JIM K | |
| B | 02 | 1 | A | 1 | 48 | F | 4 | 12 | 6 | 9999 | 5923 | | TUTUWAA, MONICA | |

## Officer
- Rank: TROO
- Print Name: W. R. Payne
- Badge/ID No.: 5226
- NCIC No.: 15904
- Troop/Zone: T1
- Station/Beat/Sector: 11
- Reviewing Officer: Antonelli, J
- Date/Time Reviewed: 03/17/200 21:54