## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NASSAU )

**Judith Saltzman**, being duly sworn, deposes and says: that deponent is not a party to the action, is over 18 years of age, and resides at **County of Nassau, New York.** That on the 15 day of **July, 2008**, deponent served the within **Rule 71 Statement, Civil Cover Sheet and Notice of Removal** upon:

James Newman, Esq.
Attorney for Plaintiffs
2815 Waterbury Avenue
Bronx, New York 10461

Clerk
Supreme Court, Bronx County
851 Grand Concourse
Bronx, New York 10451

by mail at the address designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
Judith Saltzman

Sworn to before me this
15 day of **July, 2008**

STEVEN R. GOLDSTEIN
Notary Public, State of New York
No. 5000365
Qualified in Suffolk County
Commission Expires August 10, 20 10