UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Monica Tutuwaa and David Conduah
**Plaintiff**

-v-

East TN Logistics, LLC and Jim Lake

**Defendant**

Case No.



ECF CASE

Rule 7.1 Statement

**08 CIV. 6248**
**JUDGE KARAS**

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants_____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date:  7/9/08

Signature of Attorney

Attorney Bar Code:  1850

Form Rule7_1.pdf